**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Calvin Merle MUNCY, Jr.,**
**Defendant–Appellant.**

No. 00–6991.

United States Court of Appeals,
Fourth Circuit.

Submitted Feb. 22, 2001.

Decided Feb. 28, 2001.

Calvin Merle Muncy, Jr., pro se. Christine Witcover Dean, Assistant United States Attorney, Raleigh, NC, for appellee.

Before WIDENER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Calvin Merle Muncy, Jr., seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Muncy,* Nos. CR–97–81; CA–00–3–7–BR (E.D.N.C. June 23, 2000). We deny Muncy's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*